# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TANIA NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 6:17-cv-00346-SPS |
| | ) |
| USI SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE UNDER FED. R. CIV. P 41(a)(1)(A)(ii)

Plaintiff Tania Nelson and Defendant USI Solutions, Inc. jointly stipulate to the dismissal with prejudice of all claims in Plaintiff Complaint [Dkt. No.2]. All parties that have appeared in this case agree to and have signed this stipulation. Dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is therefore appropriate.

Respectfully Submitted,

/s/ Paul Catalano
Attorneys for Plaintiff
David Humphreys, OBA #12346
david@hwh-law.com
Luke Wallace, OBA #16070
luke@hwh-law.com
Paul Catalano, OBA #22097
paul@hwh-law.com
HUMPHREYS WALLACE HUMPHREYS, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
(918) 747-5300 / (918) 747-5311 –Fax
**ATTORNEYS FOR PLAINTIFF**

/s/ Courtney D. Powell
Attorney for Defendant
Courtney D. Powell, OBA # 19444
cpowell@spencerfane.com
SPENCER FANE LLP
9400 N Broadway Extn, Ste 600
Oklahoma City, OK 73114
(405) 844-9900 / (405) 844-9958 –Fax
**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of February, 2019, I caused the foregoing document to be electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Courtney D. Powell
S‌PENCER F‌ANE LLP
cpowell@spencerfane.com
*Attorney for Defendant*

                                                                                          _/s/ Paul Catalano_____